# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 19-00894-PA (DFM) | Date: | July 9, 2019 |
|---|---|---|---|
| Title | Estate of Gerardo M. Vasquez, et al. v. State of California, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Terri Steele | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On February 6, 2019, Plaintiffs filed this pro se civil rights action, naming as defendants the State of California, the California Highway Patrol ("CHP"), the CHP Commissioner, and several CHP employees. See Dkt. 1. Plaintiffs paid the filing fee. See id.

After more than five months, there is still no record that Plaintiffs have properly served any defendants. Rule 4(m) of the Federal Rules of Civil Procedure requires that a complaint be served within 90 days of filing. Rule 4(m) also allows for the time for service to be extended upon either a showing of good cause for the defective service or, if there is no good cause, the court has discretion to dismiss without prejudice or extend the time period. See Fed. R. Civ. P. 4(m).

**Accordingly, within twenty-eight (28) days of the date of this order, Plaintiffs are ORDERED to either (a) show good cause in writing why they have not served the Complaint; or (b) serve and file the Complaint in compliance with the Federal Rules of Civil Procedure. Plaintiffs are expressly forewarned that failure to comply will result in a recommendation of dismissal without prejudice.**