# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ESTATE OF GERARDO M. VASQUEZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA et al., <br><br> Defendants. | Case No. CV 19-00894-PA (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: October 8, 2019

_____
PERCY ANDERSON
United States District Judge